# United States Bankruptcy Court
## District of Nevada

To:             GREGORY L. WILDE, ESQ.

**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)
E–mail: helpdesk@nvb.uscourts.gov**

| | |
|---|---|
| Case Number: | 10–50106–gwz |
| Document Number: | 46 |
| In Re: | USRY |
| Filed On: | 08/20/2010 |
| Title of PDF: | Motion for Relief from Stay |

### THE FOLLOWING DISCREPANCIES HAVE BEEN FOUND ON THE DOCKET:

**Please note: No hearing(s) will be placed on calendar for these document(s).**

☑ Discrepancy:
You are REQUIRED to redocket and attach a corrected image.
Document missing pages

### PLEASE REVIEW THE FOLLOWING DEFICIENCY

☐ Financial Management Course (Official Form 23):

  ☐ Official Form 23 was not filed. Please file by or your case could be closed
  without a discharge and a fee incurred for reopening. If a joint petition is filed, each spouse must complete and file a separate Official Form 23. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

  ☐ Signature(s) missing from Official Form 23. Please file an amended Official Form 23 by
  or your case could be closed without a discharge and a fee incurred for reopening. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

  ☐ Filing fees are due. A Motion to Reopen Case for the Issuance of a Discharge was filed to allow
  the debtor(s) to file Official Form 23. However, the motion was filed without the required filing fee. The case cannot be reopened and a discharge cannot be entered until the filing fee of $ is submitted in full.

☐ Other: