

_____
    **Hon. Michael S. McManus**
    **United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re | Case No. 10-50106 |
| ROGER and KERI USRY, | Chapter 13 |
| Debtor. | Date: December 3, 2010<br>Time: 1:30 p.m. |

**MEMORANDUM**

    Movant GE Money Bank seeks relief from the automatic stay with respect to a 2008 Big Dog Motorcycle.

    Neither the debtor nor the trustee have filed written opposition on or before 14 days prior to the hearing as required by Local Bankruptcy Rule 9014(d)(1). This is considered as consent to the granting of the motion. Cf. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Further, because the court will not materially alter the relief requested by the moving party, an actual hearing is unnecessary. See Boone v. Burk (In re Eliapo), 468 F.3d 592 (9th Cir. 2006). Therefore, the defaults of the

above-mentioned parties in interest are entered and the matter will be resolved without oral argument.

The motion will be granted to permit the movant to repossess its collateral, to dispose of it pursuant to applicable law, and to use the proceeds from its disposition to satisfy its claim. No other relief is awarded.

The plan requires that the post-petition note installments be paid directly to the movant by the debtor. In breach of the plan, the debtor failed to pay approximately six monthly installments to the movant. This is cause to terminate the automatic stay. See <u>Ellis v. Parr (In re Ellis)</u>, 60 B.R. 432, 434-435 (B.A.P. 9th Cir. 1985).

Also, to the extent that there may be a co-obligor with the debtor on the debt owed to the movant or a third person with an interest in the vehicle, the co-debtor stay of 11 U.S.C. § 1301 will be modified to permit the movant to enforce its claim against the co-debtor and against the vehicle.

Because the movant has not established that the value of its collateral exceeds the amount of its claim, the movant is not entitled to fees and costs. <u>See</u> 11 U.S.C. § 506(b).

The 10-day stay of Fed. R. Bankr. P. 4001(a)(3) will be waived.

Counsel for the movant shall lodge a conforming order.