

Entered on Docket
December 13, 2010

_____
   __Hon. Michael S. McManus__
   __United States Bankruptcy Judge__

___

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  10-50106-GWZ |
| ROGER J. USRY<br>KERI N. USRY, | Chapter 13 |
| Debtors. | **ORDER OF DISMISSAL** |
| | Hearing Date:  December 3, 2010<br>Hearing Time:  2:00 pm |

     The Trustee having moved to dismiss the Debtors' Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, and for good cause appearing;

     IT IS ORDERED that the Debtors' Chapter 13 case is **dismissed**.


Approved:

_____
KEVIN A. DARBY, ESQ.

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____    The court waived the requirements of L.R. 9021.

__X__    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
   _____    approved the form of this order as indicated  above;
   _____    waived the right to review the order; and/or
   __X__    failed to file and serve papers in accordance with L.R. 9021(c).

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

   NONE

__X__    No opposition was filed to the motion and no other party or counsel appeared at the hearing.


**Dated:**  December 13, 2010

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###

William A. Van Meter, Trustee
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. 10-50106-GWZ |
| ROGER J. USRY<br>KERI N. USRY, | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| | Hearing Date: DECEMBER 3, 2010 |
| Debtors.        / | |

The undersigned hereby swears under penalty of perjury that I am over the age of 18, not a party to the within action, and that on December 13, 2010, I served a copy of the proposed **ORDER OF DISMISSAL** along with a letter indicating my expectation that that the original order and this Certificate of Service would be lodged with the Bankruptcy Court Clerk in five (5) business days pursuant to L.R. 9021(b)(1).  The method of service was via facsimile transmittal of the proposed Order and letter to:

KEVIN A. DARBY, ESQ.
DARBY LAW PRACTICE, LTD.
4777 CAUGHLIN PARKWAY
RENO, NV 89519
Fax. #775-996-7290

   I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 13, 2010

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee